

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Burl Brittain
County Auditor
San Patricio County
Sinton, Texas

Dear Sir:

Opinion No. 0-5330-A
Re: Authority of county to
lease land for use of
agency of Federal Govern-
ment -- supplemental

    Your telegram of the 16th requesting that we supplement our opinion number 0-5330, reads, in part, as follows:

> "Opinion 0-5330 covers period of time such airport is used by Navy as training field but does not answer question as to the continued operation after Navy ceases to use as training field. The C.A.A. require minimum lease term of 25 years before will construct field with provision that airport be kept open as commercial field for balance of lease term after Navy ceases to use for training purposes . . . ."

    As pointed out in Opinion No. 0-5330, our opinion number 0-4972 holds that counties have no statutory authority under Article 1269h, Vernon's Annotated Civil Statutes, to lease land from individuals for airport purposes.

    Article 5248e, Vernon's Annotated Civil Statutes, authorizes the acquisition of land by counties by lease only for the use of the Federal Government; and not for their own

use or for the operation of a commercial airport. When land is leased under authority of Article 5248e, the authorized lease term is that period the Federal Government contracts to use the land. Moreover, Article 1269h, Vernon's Annotated Civil Statutes, authorizes the operation of an airport by counties only when the land is acquired by purchase or condemnation in the manner there set forth.

Counties may act through their commissioners' courts only in the furtherance of county business (Article V, Section 18, Constitution of Texas) and then their authority is strictly limited to those powers expressly or impliedly conferred by law. Commissioners' Court vs. Wallace, 15 S.W. (2d) 535; 11 Texas Jurisprudence, page 563. Other than the statutes enumerated in opinions O-4972, O-5330, and this supplement, we have found none bearing upon the problem.

We therefore advise you that in our opinion your county is not authorized to operate a commercial airport on land leased from an individual for the use of the Federal Government when the Government ceases to use such land; and that the authorized lease term under Article 5248e, Vernon's Annotated Civil Statutes, is that period the Government contracts to use the land.

We regret that inadvertently we failed to enclose a copy of our opinion number O-4972 which you will find herewith.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By     Jas. D. Smullen
         Assistant

APPROVED NOV 18, 1943

FIRST ASSISTANT
ATTORNEY GENERAL

JDS:ff
encl.


APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN